# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00583-CV

### J. C. and A. C., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 35TH DISTRICT COURT OF MILLS COUNTY
### NO. 21-03-7259, THE HONORABLE CHERYLL MABRAY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants J.C. and A.C. filed their notices of appeal on September 9, 2022 and September 19, 2022, respectively. The appellate record was complete on September 26, 2022, making appellants' briefs due on October 17, 2022. On October 17, 2022, counsel for appellants filed a joint motion for extension of time to file appellants' briefs.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Christopher Mitchell and Scott S. Cooley to file appellants' briefs no later than October 31, 2022. If the briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on October 19, 2022.


Before Chief Justice Byrne, Justices Triana and Smith